IN RE APPLICATION OF SABINO.

[Cite as *In re Application of Sabino* (1998), 81 Ohio St.3d 98.]

(No. 97–1927—Submitted November 4, 1997—Decided February 18, 1998.)

*Carl B. Fry* and *Barry A. Waller,* for Columbus Bar Association.

**Per Curiam.** We adopt the findings, conclusions, and recommendations of the board. Applicant's request to take the Ohio bar examination is denied, and he is not permitted to reapply for admission to the bar of Ohio.

*Judgment accordingly.*

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.